452 A.2d 1078

Commonwealth v. Iommie, Appellant.

Petition for Allowance of Appeal Denied Feb. 7, 1983.

Argued September 8, 1982. Rochelle Newman, for appellant; Mark Stuart Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.